UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER A. GEIER,

No. C 10-1965 SI (pr)

     Plaintiff,

**ORDER DENYING APPOINTMENT
OF COUNSEL**

    v.

Dr. STREUKER, D.D.S.; et al.,

     Defendants.

_____/

     Plaintiff has requested that counsel be appointed to assist him in this action. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See id. Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Here, exceptional circumstances requiring the appointment of counsel are not evident. The request for appointment of counsel is DENIED. (Docket # 11.)

     IT IS SO ORDERED.

Dated: April 21, 2011

_____
SUSAN ILLSTON
United States District Judge