United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. GEIER, | No. C 10-1965 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| Dr. STREUKER, D.D.S., | |
| Defendant. | |

Defendant filed an ex parte request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Matthew Grigg, the court GRANTS the request. (Docket # 15.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendant must file and serve her dispositive motion no later than **October 14, 2011**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **November 18, 2011**.

3. Defendant must file and serve her reply brief (if any) no later than **December 5, 2011**.

In the request for an extension of time to file a dispositive motion, defendant suggests that service of process may not have been proper. That is the kind of problem that should be tended to promptly and there is no need for a lengthy extension of time to challenge the adequacy of service of process, so the court grants a much shorter extension of time for any such challenge. Defendant must file and serve any motion to quash or otherwise challenge the adequacy of

service of process no later than **July 15, 2011**. Plaintiff must file and serve his opposition to any such motion no later than **August 5, 2011**. Defendant must file and serve her reply (if any) in support of such a motion no later than **August 15, 2011**.

Plaintiff sent a letter asking whether this is "the point where I resubmit a request that counsel be appointed to assist me in this action?" (Docket # 17.) The court has denied his request for appointment of counsel and there is no reason to resubmit the same request. Plaintiff must prosecute his case without the assistance of counsel. Plaintiff is reminded that he must send to defense counsel a copy of every document he sends to the court, and must attach a proof of service to any filing showing that a copy has been sent to defense counsel.

IT IS SO ORDERED.

Dated: July 1, 2011

_____
SUSAN ILLSTON
United States District Judge