UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GEIER, | No. C 10-1965(PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. STREUTKER, D.D.S., | |
| Defendant. | |

Defendant's motion for summary judgment having been granted, judgment is hereby entered in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: May 19, 2012

SUSAN ILLSTON
United States District Judge