UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GEIER, | No. C 10-1965 SI (PR) |
| Plaintiff, | **ORDER DENYING MOTION TO AMEND/CORRECT THE RECORD** |
| v. | |
| DR. STREUTKER, D.D.S., | |
| Defendant. / | |

This closed federal civil rights action, which was filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner, is on appeal. Plaintiff's motion to amend the record to include a prison grievance document not included in the district court litigation (Docket No. 83) is DENIED. Any further request to augment or amend the record should be directed to the Court of Appeals. The Clerk shall terminate Docket No. 83.

**IT IS SO ORDERED**.

DATED: January 24, 2013

SUSAN ILLSTON
United States District Judge